**RAINES FELDMAN LITTRELL LLP**
Kyra E. Andrassy (State Bar No. 207959)
*kandrassy@raineslaw.com*
Robert S. Marticello (State Bar No. 244256)
*rmarticello@raineslaw.com*
Stephen M. Mott (State Bar No. 362642)
*smott@raineslaw.com*
4675 MacArthur Court, Suite 1550
Newport Beach, CA 92660
Telephone: (310) 440-4100
Facsimile: (310) 691-1943

Attorneys for Conejo Riverside Group, LLC,
Debtor-in-Possession

FILED & ENTERED

AUG 17 2026

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY jle DEPUTY CLERK

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SANTA ANA DIVISION**

In re:

CONEJO RIVERSIDE GROUP, LLC,

Debtor.

Case No.: 8:26-bk-11647-MH

Chapter 11

**ORDER GRANTING APPLICATION PURSUANT TO 11 U.S.C. §§ 327(A) AND 328 TO EMPLOY AXIOM RETAIL ADVISORS, INC. AS LEASING BROKER**

[No Hearing Required Pursuant to Local Bankruptcy Rule 2014-1(b)(1) and 9013-1(o)]

On July 21, 2026, Conejo Riverside Group, LLC, the debtor and debtor-in-possession (the "**Debtor**"), filed and served the *Application Pursuant to 11 U.S.C. §§ 327(a) and 328 to Employ Axiom Retail Advisors, Inc. as Leasing Broker* (the "**Application**") [Dkt. 46] and notice of Application [Dkt. 47] (the "**Notice**"). The Court having reviewed the Application and Notice, service being proper, and good cause appearing therefrom,

**IT IS HEREBY ORDERED** that:

1. The Application is approved;

2. The Debtor is authorized to employ Axiom Retail Advisors, Inc. ("**Axiom**") as its leasing broker pursuant to 11 U.S.C. § 327(a) on the terms set forth in the Application; and

3. Subject to either the consent of the secured creditor or Court order authorizing the Debtor to use cash collateral, the Debtor is authorized to pay Axiom the compensation provided in the Agreement unless Conejo Loan Investor, LLC, its secured creditor, pays the commission as a protective advance.

###

Date: August 17, 2026

Mark Houle
United States Bankruptcy Judge